McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED AT 155<br>TIGER LILY ROAD, PILOT HILL,<br>CALIFORNIA, EL DORADO COUNTY,<br>APN: 104-100-26-100,<br>INCLUDING ALL APPURTENANCES<br>AND IMPROVEMENTS THERETO,<br><br>              Defendant. | 2:06-CV-02824 WBS-GGH<br><br>**EX PARTE** APPLICATION FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE and **ORDER [~~PROPOSED~~]**<br><br>Date: February 12, 2007<br>Time: 1:30 p.m.<br>Courtroom: 5 |

    Plaintiff, United States of America, by and through its undersigned attorney, requests a continuance of the Status (Pretrial Scheduling) Conference currently scheduled for February 12, 2007. The plaintiff requests a continuance for the following reasons:

    1.   To date the U.S. Marshal has not personally served Donald Kearney, the owner of record of the defendant property, with the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> and the related notices.

    2.   In addition, the publication of the forfeiture notices

1

has not yet been completed as required by Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

  3. Plaintiff has served all the lienholders of record by certified mail.  To date only one lienholder, Washington Mutual Bank, has contacted undersigned counsel.  Washington Mutual will be filing its Claim as required by Rule G(5) on January 31, 2007, and its Answer to the Verified Complaint 20 days thereafter.

  4. Since all necessary parties have not yet been served, publication is not yet complete, and no claims to the property or answers to the complaint have been filed, plaintiff requests that the Status (Pretrial Scheduling Conference) be continued to **April 23, 2007, at 1:30 p.m.** so that plaintiff can complete service and publication.  Plaintiff also suggests that the parties file a Joint Status report on or before April 9, 2007.  All other provisions of the Order Setting Status Conference filed December 13, 2006, remain the same.

Dated: January 29, 2007  McGREGOR W. SCOTT
            United States Attorney


            /s/ Kristin S. Door
            KRISTIN S. DOOR
            Assistant U.S. Attorney


IT IS SO ORDERED.

DATED:  January 31, 2007

```
                    /s/ William B. Shubb
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```