BRENDA GRANTLAND, ESQ.
California Bar # 165899
20 Sunnyside Suite A-204
Mill Valley, CA 94941
415/380-9108 - telephone

Attorney for Claimant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT<br>155 TIGER LILY ROAD, PILOT HILL,<br>CALIFORNIA, EL DORADO COUNTY<br>APN:104-100-26-100, INCLUDING ALL<br>APPURTENANCES THERETO,<br><br>　　　　Defendant.<br><br>DONALD KEARNEY,<br><br>　　　　Claimant. | Case No.  2:06-CV-02824 WBS-GGH<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER LIFTING THE STAY<br>AND CONTINUING THE SCHEDULING<br>CONFERENCE |

　　　Plaintiff United States of America, and Claimants Donald Kearney, and MERS, Inc. as nominee for Wells Fargo Bank, N.A., the successor in interest to the original claimant herein, Washington Mutual Bank, [hereafter "Claimants"], by and through their respective counsel, hereby stipulate that the stay should be lifted in the above-entitled action.  For the reasons set forth below, the parties request that the Court lift the stay, but continue the scheduling conference (which is currently set for February 25), to a date after April 4, 2008.

　　　1. Claimant Donald Kearney was recently convicted and sentenced in his state criminal case, and therefore the stay is no longer necessary.

　　　2. The parties have been actively engaged in discussions over a proposed scheduling order,

1

1  and appear likely to resolve the scheduling issues by stipulation, which would obviate the need for
2  a scheduling conference.

3      3. AUSA Kristin Door will be out of town all next week conducting a training program, and
4  will also be out of town the entire week of February 25, the date currently set for the scheduling
5  conference. Because she has several filings she needs to make before leaving today, she has no
6  more time to devote to negotiating a schedule before the deadline for the scheduling report. She will
7  also be out of town the week of March 24-28. Counsel for Claimant MERS, Inc. will be out of town
8  on April 2-4. Counsel for Claimant Donald Kearney is embroiled in deadlines in three appellate
9  cases throughout the next three months and would prefer not having to interrupt research and writing
10 time to appear in court in Sacramento, if it can be avoided.

11     4. Counsel for Claimant Donald Kearney and Counsel for Claimant MERS, Inc. are both
12 located in the San Francisco Bay area, and are striving, to the greatest extent possible, to keep their
13 attorneys fees down by avoiding court hearings that can be resolved by stipulation. Accordingly,
14 the parties have been working on a stipulated scheduling conference order, which is nearing
15 completion but cannot be finished today.

16     5. The parties promise to resume working on the stipulated scheduling conference statement
17 upon AUSA Door's return from her first trip out of town, and hopefully will have it filed before she
18 leaves for her next out of town trip.

19     6. Once their stipulated scheduling conference statement is filed, the parties would ask that
20 the Court enter a scheduling order on the papers and vacate the scheduling conference.

22 Dated:                                  McGREGOR W. SCOTT
                                               United States Attorney

24                                   By  /s/
                                  KRISTIN S. DOOR
25                                   Assistant U.S. Attorney
                                  Attorneys for Plaintiff
26                                   United States of America

Dated:                              By:  ____/s/_____
                                    BRENDA GRANTLAND
                                    Attorney for Claimant
                                    Donald Kearney


Dated:                              By:____/s/_____
                                    GLENN H. WECHSLER
                                    Attorney for claimant
                                    MORTGAGE ELECTRONIC SYSTEMS, INC.
                                    AS NOMINEE FOR WELLS FARGO
                                    BANK, N.A.
                                    Attorney for Claimant

                                    (Original signatures of claimants'
                                    attorneys retained by Claimant Kearney's
                                    counsel)

**ORDER**

For the reasons set forth above, the stay is hereby lifted and the scheduling conference scheduled for February 25, 2008 is continued to **April 21, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

Dated: February 13, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3