BRENDA GRANTLAND, ESQ.
California Bar # 165899
20 Sunnyside Suite A-204
Mill Valley, CA 94941
415/380-9108 - telephone

Attorney for Claimant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 155 TIGER LILY ROAD, PILOT HILL, CALIFORNIA, EL DORADO COUNTY APN:104-100-26-100, INCLUDING ALL APPURTENANCES THERETO,<br><br>    Defendant.<br><br>DONALD KEARNEY,<br><br>    Claimant. | Case No. 2:06-CV-02824 WBS-GGH<br><br>STIPULATION AND ORDER CONTINUING THE SCHEDULING CONFERENCE |

Plaintiff United States of America, and Claimants Donald Kearney, and MERS, Inc. as nominee for Wells Fargo Bank, N.A., the successor in interest to the original claimant herein, Washington Mutual Bank, [hereafter "Claimants"], by and through their respective counsel, hereby request that the Court continue the scheduling conference (which is currently set for April 21), to June 16 or July 14, 2008.

1. The parties have been actively engaged in discussions over a proposed scheduling order, and appear likely to resolve the scheduling issues by stipulation, which would obviate the need for a scheduling conference.

1

2. Counsel for all three parties have been consumed with other matters this week and have been unable to devote any time to this case. Counsel for Claimant Donald Kearney is immersed in writing an appellate brief which is due next week. AUSA Door is involved in meetings all day today, and will not be in on Friday. The earliest day she could devote to this matter is next week, but undersigned counsel will be completely unavailable next week because of the appellate brief deadline. Mr. Wechsler also has scheduling conflicts. Of the dates for a continued scheduling conference suggested by the court, June 16 and July 14 are both available to all counsel.

3. Once their stipulated scheduling conference statement is filed, the parties would ask that the Court enter a scheduling order on the papers and vacate the scheduling conference.

4. The parties apologize for any inconvenience to the court.

Dated: 4/10/2008                         McGREGOR W. SCOTT
                                         United States Attorney


                                         By      /s/ Kristin Door
                                         KRISTIN S. DOOR
                                         Assistant U.S. Attorney
                                         Attorneys for Plaintiff
                                         United States of America

Dated: 4/10/2008                         By:    /s/ Brenda Grantland
                                         BRENDA GRANTLAND
                                         Attorney for Claimant
                                         Donald Kearney


Dated:  4/10/2008                        By:   /s/  Glenn Wechsler
                                         GLENN H. WECHSLER
                                         Attorney for Claimant
                                         MORTGAGE ELECTRONIC SYSTEMS, INC.
                                         AS NOMINEE FOR WELLS FARGO
                                         BANK, N.A.
                                         Attorney for Claimant


Dated: 4/10/2008                         By:    /s/ Scott J. Stilman
                                         Scott J. Stilman
                                         Assistant General Counsel
                                         First Vice President
                                         Washington Mutual Bank
                                         Legal Dept. (N110701)


2

9200 Oakdale Avenue
Chatsworth, CA 91311

ORDER

For the reasons set forth above, the scheduling conference scheduled for April 21, 2008 is continued to **June 16, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  April 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3