LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:06-CV-02824 WBS-GGH |
| Plaintiff, | ) | |
| | ) | STIPULATION FOR |
| v. | ) | DISMISSAL WITH PREJUDICE |
| | ) | AND ORDER THEREON |
| REAL PROPERTY LOCATED AT 155 TIGER LILY ROAD, PILOT HILL, CALIFORNIA, EL DORADO COUNTY, APN: 104-100-26-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) | Date:     N/A Time:     N/A Courtroom:N/A |
| Defendant. | ) | |

Plaintiff United States of America, and Claimants Donald Kearney, and MERS, Inc. as nominee for Wells Fargo Bank, [hereafter "Claimants"], stipulate as follows:

1.  The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2.  There was reasonable cause for the posting of the defendant real property, and the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of

1

Reasonable Cause pursuant to 28 U.S.C. § 2465.

3. The United States will record a Notice of Withdrawal of Lis Pendens within 30 days of the date the Court signs the Certificate of Reasonable Cause.

4. As between the plaintiff and claimants, all parties are to bear their own costs and attorneys' fees. As between claimants, any attorneys fees claimant MERS, Inc. incurred as a result of this litigation will be added to the loan balance secured by the defendant property, in accordance with the note and deed of trust claimant Kearney signed and which encumber the defendant real property.

Dated: June 11, 2009              LAWRENCE G. BROWN
                                  Acting United States Attorney

                              By  /s/ Kristin S. Door
                                  KRISTIN S. DOOR
                                  Assistant U.S. Attorney
                                  Attorney for plaintiff


Dated: June 10, 2009              /s/ Brenda Grantland
                                  BRENDA GRANTLAND
                                  Attorneys for claimant
                                  DONALD KEARNEY


Dated: June 11, 2009              /s/ Glenn Wechsler
                                  GLENN WECHSLER
                                  Attorney for MERS

                                  (Original signatures retained
                                  by AUSA Door)

IT IS SO ORDERED

DATED: June 11, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Dismissal with Prejudice, and the allegations set forth in the Complaint for Forfeiture <u>In Rem</u> filed December 13, 2006, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and the commencement and prosecution of this forfeiture action.
IT IS SO ORDERED.

DATED: June 11, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE